NG

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Stephen Cotton
C/o Latonia Walker )
Plaintiff )
) Case Number: 16C4565
)
) Judge:
v. )
Brian Orozco Gregory E. Kulis )
& Associates LTD ) Magistrate Judge: Maria Valdez
Defendant )

Objections and Response to defendant's motion to enforce Settlement Agreement.

FILED

MAR 09 2017 TM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

March 8th, 2017

**Ms. Latonia Walker**

**5042 W. Fulton Street**

**Apt. # 1**

**Chicago, Illinois  60644**

**Mr. Gregory E. Kulis & Assoc., LTD**

**30 North LaSalle Street**

**Suite 2140**

**Chicago, Illinois 60602-3368**

Re: Stephen Cotton [my son], Case No. 1:16-cv-04565

**Dear Mr. Kulis:**

**I come to you as candidly as this situation will allow in hopes that my appeal to you will not fall upon deaf ears, as it has in the past.  My son is mentally disable;   however, that did not stop these defendants [criminals] from assaulting my disable son repeatedly. Now, I am being forced to except a settlement agreement of $30,000.00 and allow the defendants [criminals] to walk away without accepting any responsibility for their actions.  I am sorry, $30,000.00 wouldn't cover my son medical expensive for the psychological treatment he needs right now. My son has dropped out school, turn to drugs and walk around in FEAR! Moreover, telling me, his mother, "you can't**

protect me!" We're talking about a young man WITH NO CRIME RECORD. Let's be clear, the Honorable Circuit Court Judge Colleen Sheehan Dismissed the false and fabricated charges these defendants [criminals] brought against my son. Furthermore, when you had me to speak with attorney Brain M. Orozco from your firm, I asked him to contact the State's Attorney Office in order to file criminal charges against Mr. Marlon Pearson, Mr. Orozco, stated that they [CPD] did bring charges against Mr. Pearson for the weapon. Question is, what does that have to do with him kidnapping my son at gun point, bounding him, pistol whipping him and filing false charges against him?

In closing, I would be unfit mother to allow these defendants to go unpunished and except $30,000.00 to look the other way, while my son continues to suffer. I will take my chance at trial and before this Honorable Court. The Mayor of our great city have said and continue to say, this conduct will not be tolerated, anymore..!

3/08/2017

**Respectfully Submitted,**

**Latonia Walker**

ANNA D OSORIO
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
February 05, 2020

Cc: Mayor Rahm Emanuel

Kathryn Kohls Asst. Corp. Counsel